UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Defendant. | Case No. 24-cv-02183-JSW<br><br>**ORDER OF DISMISSAL; DENYING MOTION TO VACATE**<br><br>ECF No. 3 |

Petitioner, a California prisoner on death row, has filed this petition for habeas corpus relief from, and a motion to vacate, the state court's criminal judgment. Petitioner has a pending petition for a writ of habeas corpus in which he challenges the state court judgment he challenges herein. *See Bonilla v. Ayers*, No. C 08-0471 YGR. He is represented by counsel in that case, and he must bring all of his claims, motions, and other requests through counsel in that case. There is no need for petitioner to have more than one habeas case challenging the same state court judgment. Accordingly, the above-captioned petition is DISMISSED, and the motion to vacate judgment is DENIED. The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: April 15, 2024

_____
JEFFREY S. WHITE
United States District Judge